JS-6

Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Jeff Jimenez (SBN 338228)
Jeff.Jimenez@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811• Fax: (310) 943-0396

Mark Yablonovich (SBN 186670)
Mark@Yablonovichlaw.com
Monica Balderrama (SBN 196424)
Monica@Yablonovichlaw.com
LAW OFFICES OF MARK YABLONOVICH
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-2511
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiff Javier Felix

TRITIA M. MURATA (CA SBN 234344)
TritiaMurata@dwt.com
DAVID P. ZINS (CA SBN 284919)
DavidZins@dwt.com
MAYA HAREL (CA SBN 291990)
MayaHarel@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800 • Fax: (213) 633-6899

Attorneys for Defendant Staples Contract & Commercial LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FELIX, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>     vs.<br><br>STAPLES CONTRACT & COMMERCIAL LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:24-cv-01968-KK-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR SETTLEMENT PURPOSES** |

ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR SETTLEMENT PURPOSES

Based on the Parties' stipulation and good cause appearing therefor, the Court hereby ORDERS as follows:

1.      The Joint Stipulation to Remand Action to State Court for Settlement Purposes is GRANTED.

2.      This action is hereby REMANDED to the Superior Court of the State of California for the County of San Bernardino solely for purposes of seeking court approval of the Parties' settlement.

3.      Per the Parties' agreement, in the event the San Bernardino Superior Court denies preliminary or final approval of the proposed settlement, Plaintiff shall dismiss this action without prejudice and refile it in federal court, subject to a tolling of the statute of limitations to match the limitations period applicable in the now-pending action.

4.      Defendant's prior consent to remand shall not be deemed a waiver of its right to a federal forum.

**IT IS SO ORDERED.  (JS-6)**

Dated:  June 16, 2026

_____
HON. KENLY KIYA KATO
United States District Judge

ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR SETTLEMENT PURPOSES